**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Andante L. GOLDSBY, Defendant–Appellant.**

No. 06–30431.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007.*

Filed June 15, 2007.

Thomas J. Hopkins, Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Timothy D. Trageser, Esq., Spokane, WA, for Defendant–Appellant.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Andante L. Goldsby appeals from the district court's revocation of supervised release.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Goldsby's counsel has filed a brief stating that he finds no meritorious issues for review and a motion to withdraw as counsel of record. Goldsby has filed a pro se brief and a motion for withdrawal and substitution of counsel. The Government has not filed an answering brief.

Our independent review of the briefs and the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** all other pending motions are denied, and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

